CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN166317
9845 Erma Road, Suite 300
San Diego, California 92131
(858) 375-7385
(888) 422-5191 Fax
rayballister@potterhandy.com
mark@potterhandy.com

Attorneys for Plaintiff Juan Moreno

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>      Plaintiff,<br><br>      vs.<br><br>Prince-Leconte & Gayley, LLC, a California Limited Liability Company; Chevron Stations, Inc., a Delaware Corporation; and Does 1-10,<br><br>      Defendant. | Case No.  CV12-03835 MWF (JCGx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**<br><br><br>Complaint Filed: March 21, 2012<br>Trial Date:       May 21, 2013 |

/ / /

/ / /

/ / /

1  Having reviewed the stipulation of the parties for dismissal of this action with
2  prejudice and finding good cause thereon,
3  IT IS ORDERED that this action be dismissed in its entirety and as to all parties,
4  claims, and causes of action with prejudice, with Plaintiff and Defendants to each bear
5  their own costs, attorneys' fees, and expenses incurred against one another.

7  **IT IS SO ORDERED.**

9  Dated: August 1, 2012

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE